NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ALIPHCOM,**
*Petitioner.*

---

Miscellaneous Docket No. 971

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-2337, Judge Lucy H. Koh.

## ORDER

Wi-Lan, Inc. moves for an extension of time, until December 30, 2010, to file its response to Aliphcom's petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

Wi-Lan, Inc.'s motion is granted in part; its response is due no later than 5 p.m. on December 29, 2010.*

---

\*    The court is closed on December 30, 2010.

FOR THE COURT

**DEC 0 8 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Claudia Wilson Frost, Esq.
Michael G. McManus, Esq.
Clerk, United States District Court For The Northern
District Of California

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 8 2010**

**JAN HORBALY**
**CLERK**